**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

January 12, 2021

**REPORT AND RECOMMENDATION**

Re: **UZOUKWU ODUTOLA v. CITY OF NEWARK et al**
   **Civil Action No. 19-11754 (CCC)**

Dear Counsel:

Presently pending before the Court is a motion by Defendants the New Jersey Civil Service Commission, Deirdre Webster Cobb, Esq., the Office of the Attorney General of the State of New Jersey, and Attorney General Gurbir S. Grewal (collectively the "New Jersey Defendants") to dismiss Plaintiff's Amended Complaint and Defendant City of Newark's crossclaim. *See* Dkt. No. 27. Neither Plaintiff nor Defendant City of Newark filed an opposition to the motion. Both Plaintiff and Defendant City of Newark have notified the Court that they consent to the granting of the New Jersey Defendants' motion to dismiss. *See* Dkt. Nos. 35, 40.

Based on the consent of both Plaintiff and the City of Newark, it is respectfully **RECOMMENDED** that the New Jersey Defendants' motion to dismiss [Dkt. No. 27] be **GRANTED**. Pursuant to L. Civ. R. 72.1 and Fed. R. Civ. P. 72, objections to this Report and Recommendation shall be filed within fourteen (14) days after service hereof. Any party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**