NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIDELIA N. UZOUKWU ODUTOLA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIELLE A. SMITH, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No.: 19-11754<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the Report and Recommendation ("R&R") of the Hon. James B. Clark, III, U.S.M.J., dated January 12, 2021 (ECF No. 41), recommending that the motion of Defendants the State of New Jersey, the Civil Service Commission, Deirdre Webster Cobb, Esquire, the Office of the Attorney General of the State of New Jersey, and Attorney General Gurbir Singh Grewal (collectively, the "State Defendants") to dismiss Plaintiff Fidelia N. Uzoukwu Odutola's ("Plaintiff" or "Odutola") Amended Complaint and Defendant the City of Newark, New Jersey's (the "City Defendant") cross-claims with prejudice (ECF No. 27) be granted. Both Plaintiff and the City Defendant consent to the granting of the motion (ECF Nos. 35, 40), and no further objections have been filed. The Court has considered the submissions of the parties and the R&R, and for the reasons stated therein;

**IT IS** on this  27  day of January, 2021,

**ORDERED** that the January 12, 2021 R&R is **ADOPTED**; and it is further

**ORDERED** that the State Defendants' motion to dismiss Plaintiff's Amended Complaint and the City Defendant's cross-claims with prejudice is **GRANTED**.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**